FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

December 18, 2014

Elisabeth A. Shumaker
Clerk of Court

In re:

MITCHELL PAUL MODELESKI, a/k/a
Paul Andrew Mitchell,

    Petitioner.

No. 14-8081
(D.C. No. 2:14-CR-00027-NDF-2)
(D. Wyo.)

**ORDER**

Before **GORSUCH, O'BRIEN,** and **PHILLIPS,** Circuit Judges.

Although he is represented by court-appointed counsel, Mitchell Paul Modeleski, on his own behalf, seeks a writ of prohibition in the nature of an order from this court "barring [district court judges] Nancy D. Freudenthal, Alan B. Johnson, and Scott W. Skavdahl from presiding any further at any time in the future" in his underlying case no. 14-CR-027-F. Pet. at 1. The record discloses that following the district court's determination that Mr. Modeleski is not presently competent to stand trial, Judge Freudenthal entered an order on July 16, 2014, that absent extraordinary circumstances, the court would not take any action on filings by Mr. Modeleski on his own behalf.

On October 14, 2014, Mr. Modeleski filed on his own behalf an application to disqualify the above-named district court judges. Understandably, Judge Freudenthal has not taken any action on the application. Although Mr. Modeleski is required to

*[Handwritten annotations across page: "Please see attached and O'Brien re: Gorsuch and RTS ✗ Return to sender"]*

demonstrate extraordinary circumstances to have the district court consider his pro se application, he cannot circumvent this requirement by filing a petition for a writ of prohibition in this court, which is an attempt to end-run Judge Freudenthal's order restricting his filings.

The petition for a writ of prohibition is denied.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk

*[Handwritten annotation across page: "Please see attached O'Brien re: Gorsuch and / RTS"]*

# APPOINTMENT AFFIDAVITS

United States Circuit Judge for the Tenth Circuit    August 8, 2006
(Position to which Appointed)                        (Date Appointed)

United States Courts
(Department or Agency)    (Bureau or Division)    (Place of Employment)

I, Neil M. Gorsuch, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_(Signature of Appointee)_

Subscribed and sworn (or affirmed) before me this 10 day of August, 2006

Denver    Colorado
(City)    (State)

(SEAL)

_(Signature of Officer)_

Commission expires _____    United States Circuit Judge for the Tenth Circuit
(If by a Notary Public, the date of his/her Commission should be shown)    (Title)

Note: If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

*[Handwritten annotations across document:] Refused for Cause — no OMB control number or expiration date → ○ / "bootleg" FCR Reduction / OMB control number violates Paperwork Reduction*

# APPOINTMENT AFFIDAVITS

<u>United States Circuit Judge for the Tenth Circuit</u>     <u>August 8, 2006</u>
(Position to which Appointed)                              (Date Appointed)


<u>United States Courts</u>                      _____     _____
(Department or Agency)           (Bureau or Division)       (Place of Employment)


I, <u>Neil M. Gorsuch</u>_____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_[signature]_
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this <u>10</u> day of <u>August</u>, 2<u>006</u>

at <u>Denver</u>        <u>Colorado</u>
     (City)              (State)

_[signature]_
(Signature of Officer)

(SEAL)

Commission expires _____        <u>United States Circuit Judge for the Tenth Circuit</u>
(If by a Notary Public, the date of his/her Commission should be shown)      (Title)

Note – If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, __Neil M. Gorsuch_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as __United States Circuit Judge for the Tenth Circuit__ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___10th___ day of ___August, 2006___.

_____

**FOIA EXEMPTION (b)(6)**

| | |
|---|---|
| Actual abode: | ████████████ |
| Official station | Denver, Colorado |
| Date of birth | ████ 1967 |
| Date of Entry on Duty | August 10, 2006 |

---

* Title 28, sec. 456 United States Code as amended.

BEST AVAILABLE COPY

George W. Bush

President of the United States of America,

To all who shall see these Presents, Greeting:

Know Ye: That reposing special trust and confidence in the Wisdom, Uprightness, and Learning of Neil M. Gorsuch, of Colorado, I have nominated, and, by and with the advice and consent of the Senate, do appoint him United States Circuit Judge for the Tenth Circuit and do authorize and empower him to execute and fulfill the duties of that Office according to the Constitution and Laws of the said United States, and to Have and to Hold the said Office, with all the powers, privileges and emoluments to the same of right appertaining, unto him, the said Neil M. Gorsuch during his good behavior.

In testimony whereof, I have caused these Letters to be made patent and the seal of the Department of Justice to be hereunto affixed.

Done at the City of Washington this eighth day of August in the year of our Lord two thousand six and of the Independence of the United States of America the two hundred and thirty-first.

By the President:

Attorney General.

# Senate of the United States

**IN EXECUTIVE SESSION**

July 20, 2006

**Resolved,** That the Senate advise and consent to the following nomination:

Neil M. Gorsuch, of Colorado, to be United States Circuit Judge for the Tenth Circuit, vice David M. Ebel, retired.

*Attest:* [signature: Emily J. Reynolds]

*Secretary.*



THE WHITE HOUSE
JUL 21 2006
RECEIVED

STANDARD FORM 61 (REV)
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

# APPOINTMENT AFFIDAVITS

*(Handwritten annotations overlaid across the form:)* "Refused for Cause: no OMB control number or expiration date → ○  "bootleg Paperwork Reduction Act's" violates ICR Reduction"

Terrence L. O'Brien
(Position to which appointed)                                   04/23/02
                                                                 (Date of appointment)

U.S. Court of Appeals        10th Circuit           Cheyenne, Wyoming
(Department or agency)       (Bureau or Division)   (Place of employment)

I, Terrence L. O'Brien _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting on my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

                                                    *(signed)* Terrence L. O'Brien
                                                    (Signature of appointee)

Subscribed and sworn (or affirmed) before me this ____ day of April, 2002,
at Cheyenne                         Wyoming
     (City)                          (State)

(SEAL)
                                                    *(signed)*
                                                    (Signature of officer)

Commission expires _____    Senior Circuit Judge, 10th Circuit
(If by Notary Public, the date of expiration of his/her   (Title)
Commission should be shown)

NOTE. — The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

NSN 7540-00-634-4015                                            Prior Edition Usable

STANDARD FORM 61 (EG)
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

Appellate Case: 14-8081   Document: 01019365395   Date Filed: 01/06/2015   Page: 9

# APPOINTMENT AFFIDAVITS

Terrence L. O'Brien                                           04/23/02
_(Position to which appointed)_                              _(Date of appointment)_

U.S. Court of Appeals        10th Circuit              Cheyenne, Wyoming
_(Department or agency)_    _(Bureau or Division)_    _(Place of employment)_

I, Terrence L. O'Brien                                  , do solemnly swear (or affirm) that—

### A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

### B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

### C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting on my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_(Signature of appointee)_

Subscribed and sworn (or affirmed) before me this   23   day of   April   ,   2002   ,

at   Cheyenne                                          Wyoming
     _(City)_                                          _(State)_

(SEAL)

_(Signature of officer)_

Commission expires _____    Senior Circuit Judge, 10th Circuit
_(If by Notary Public, the date of expiration of his/her_                _(Title)_
Commission should be shown)_

NOTE. – The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

NSN 7540-00-634-4015                                                    Prior Edition Usable

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Terrence L. O'Brien, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as a United States Circuit Judge under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

/s/ Terrence L. O'Brien
Terrence L. O'Brien

Subscribed and sworn to (or affirmed) before me this 23rd day of April, 2002.

FOIA EXEMPTION (b)(6)

Actual abode: [REDACTED]
Official station: Cheyenne, Wyoming
Date of birth: [REDACTED] 1943
Date of entry on duty: April 23, 2002

George W. Bush

President of the United States of America,

To all who shall see these Presents, Greeting:

Know Ye: That reposing special trust and confidence in the Wisdom, Uprightness, and Learning of Terrence L. O'Brien, of Wyoming, I have nominated, and, by and with the advice and consent of the Senate, do appoint him United States Circuit Judge for the Tenth Circuit, and do authorize and empower him to execute and fulfil the duties of that Office according to the Constitution and Laws of the said United States, and to Have and to Hold the said Office, with all the powers, privileges and emoluments to the same of right appertaining, unto Him, the said Terrence L. O'Brien during his good behavior.

In testimony whereof, I have caused these Letters to be made patent and the seal of the Department of Justice to be hereunto affixed.

Done at the City of Washington this sixteenth day of April in the year of our Lord two thousand two and of the Independence of the United States of America the two hundred and twenty-sixth.

Bush

By the President:

John Ashcroft
Attorney General.

BEST AVAILABLE COPY

# Senate of the United States
**IN EXECUTIVE SESSION**

April 15, 2002

**Resolved,** That the Senate advise and consent to the following nomination:

Terrence L. O'Brien, of Wyoming, to be United States Circuit Judge for the Tenth Circuit.

Attest: 

*Secretary.*

THE WHITE HOUSE
APR 1 6 2002
RECEIVED

## NOTICE AND DEMAND FOR
## EXHIBITION OF MISSING CREDENTIALS

TO:      Terrence L. O'Brien
    c/o Tenth Circuit Court of Appeals
         1823 Stout Street
         Denver 80257
         COLORADO, USA

**IN DEFAULT**

FROM:    Paul Andrew Mitchell, B.A., M.S.
         Private Attorney General
    c/o 501 W. Broadway, Suite A-332
         San Diego 92101
         CALIFORNIA, USA

DATE:    June 18, 2007 *A.D.*

SUBJECT: missing credentials


Greetings Terrence L. O'Brien:

Please be advised that a proper <u>request</u> submitted under the Freedom of Information Act ("<u>FOIA</u>") has resulted in a determination that the following requisite credentials for you cannot be found or exhibited by the legal custodians of those records:

    (1)  Presidential Commission
    (2)  Oath of Office
    (3)  Appointment Affidavit
    (4)  Senate Confirmation

As of October 1, 2004 *A.D.*, a proper <u>SUBPOENA IN A CIVIL CASE</u> was overdue for your Oath Office and Appointment Affidavit.

For your convenience, we have attached pertinent <u>documentation</u>.

Formal demand is hereby made of you to produce all missing credentials as itemized above no later than 5:00 p.m. on Tuesday, July 3, 2007 *A.D.*  Beyond that reasonable deadline, your silence will activate estoppel pursuant to <u>Carmine v. Bowen</u>, and it will also constitute fraud pursuant to <u>U.S. v. Tweel</u>.

Thank you for your timely and professional consideration.


Sincerely yours,

/s/ Paul Andrew Mitchell

<u>Paul Andrew Mitchell</u>, B.A., M.S.
<u>Private Attorney General</u>, <u>18 U.S.C. 1964(a)</u>

**NOTICE AND DEMAND FOR**
**EXHIBITION OF MISSING CREDENTIALS**

TO:      Neil M. Gorsuch
    c/o Tenth Circuit Court of Appeals
         1823 Stout Street
         Denver 80257
         COLORADO, USA

*IN DEFAULT*

FROM:    Paul Andrew Mitchell, B.A., M.S.
         Private Attorney General
    c/o 501 W. Broadway, Suite A-332
         San Diego 92101
         CALIFORNIA, USA

DATE:    June 18, 2007 *A.D.*

SUBJECT: missing credentials


Greetings Neil M. Gorsuch:

Please be advised that a proper <u>request</u> submitted under the Freedom of Information Act ("<u>FOIA</u>") has resulted in a determination that the following requisite credentials for you cannot be found or exhibited by the legal custodians of those records:

    (1)   Presidential Commission
    (2)   Oath of Office
    (3)   Appointment Affidavit
    (4)   Senate Confirmation

As of October 1, 2004 *A.D.*, a proper <u>SUBPOENA IN A CIVIL CASE</u> was overdue for your Oath Office and Appointment Affidavit.

For your convenience, we have attached pertinent <u>documentation</u>.

Formal demand is hereby made of you to produce all missing credentials as itemized above no later than 5:00 p.m. on Tuesday, July 3, 2007 *A.D.* Beyond that reasonable deadline, your silence will activate estoppel pursuant to <u>Carmine v. Bowen</u>, and it will also constitute fraud pursuant to <u>U.S. v. Tweel</u>.

Thank you for your timely and professional consideration.


Sincerely yours;

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
<u>Private Attorney General</u>, 18 U.S.C. 1964(a)

## FREEDOM OF INFORMATION ACT APPEAL

April 30, 2007 *A.D.*

Richard L. Huff, Co-Director
Office of Information and Privacy
U.S. Department of Justice
10th & Constitution, N.W.
Washington 20530
DISTRICT OF COLUMBIA, USA

*IN DEFAULT*

Subject:  Freedom of Information Act ("FOIA") Request

Dear Mr. Huff:

This is a proper and lawful **Appeal** under the Freedom of Information Act ("FOIA").

On January 18, 2007 *A.D.*, I requested documents under the FOIA (see attached copy of my original FOIA request).

To date, I have not received a complete reply to that FOIA request.

At least thirty (30) working days have now transpired since the date of that original request (1/18/2007 *A.D.*)

I hereby appeal your failure to reply timely with all requested documents.

You now have twenty (20) working days to respond to this Appeal. See statute of limitations in the Freedom of Information Act.


Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General and Qualified Federal Witness

U.S. Mail:

   Forwarding Agent
   UPS PMB #332
   501 West Broadway, Suite "A"
   San Diego 92101
   CALIFORNIA, USA

**All Rights Reserved without Prejudice**

FREEDOM OF INFORMATION ACT REQUEST

January 18, 2007 *A.D.*

Richard L. Huff, Co-Director
Office of Information and Privacy
U.S. Department of Justice
10th & Constitution, N.W.
Washington 20530
DISTRICT OF COLUMBIA, USA



*IN DEFAULT*

Subject:  Freedom of Information Act ("FOIA") Request

Dear Mr. Huff:

This is a request under the Freedom of Information Act.  I request that a **copy of the following documents** be provided to Me, without delay:

1. **proper Presidential Commissions signed by the President of the United States of America and countersigned by the U.S. Attorney General for twenty-one (21) federal employees currently seated on the U.S. Court of Appeals for the Tenth Circuit, as required by 5 U.S.C. sections 2104 and 2902;**

2. **proper OPM Form 61 Appointment Affidavits signed by twenty-one (21) federal employees currently seated on the U.S. Court of Appeals for the Tenth Circuit, as required by 5 U.S.C. sections 3331 and 2906;**

3. **proper Oaths of Office for United States Judges signed by twenty-one (21) federal employees currently seated on the U.S. Court of Appeals for the Tenth Circuit, as required by 28 U.S.C. section 453;  and,**

4. **proper Senate Confirmations of twenty-one (21) federal employees currently seated on the U.S. Court of Appeals for the Tenth Circuit, as required by the Appointments Clause in the Constitution for the United States of America, as lawfully amended.**

Below please find an alphabetical list of the proper names of all twenty-one (21) federal employees whose credentials above I am hereby requesting, and as listed at 465 F.3d, Page XIII, and at the Internet Website of the U.S. Court of Appeals for the Tenth Circuit.

I request a waiver of all fees for this request.

Disclosure of the requested information to Me is in the public interest, because it is likely to contribute *significantly* to public understanding of the operations and activities of the federal government, and is not *primarily* in My commercial interest.

See also 5 U.S.C. 552(a)(4)(B). Statutes conferring original jurisdiction on federal district courts must be *strictly* construed.

If you are not the correct person to whom this FOIA request should be directed, please forward it without delay to the correct person(s).

Thank you for your timely consideration of this FOIA request.


Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General and Qualified Federal Witness

U.S. Mail care of:

   Forwarding Agent
   501 W. Broadway, Suite A-332
   San Diego 92101
   CALIFORNIA, USA

**All Rights Reserved without Prejudice**

List of twenty-one (21) federal personnel presently seated on the
U.S. Court of Appeals for the Tenth Circuit:

1.  Stephen H. Anderson
2.  Bobby R. Baldock
3.  Mary Beck Briscoe
4.  Wade Brorby
5.  David M. Ebel
6.  Neil M. Gorsuch
7.  Harris L. Hartz
8.  Robert H. Henry
9.  Jerome A. Holmes
10. William J. Holloway, Jr.
11. Paul J. Kelly, Jr.
12. Carlos F. Lucero
13. Michael W. McConnell
14. Monroe G. McKay
15. Robert H. McWilliams
15. Michael R. Murphy
17. Terrence L. O'Brien
18. John C. Porfilio
19. Stephanie K. Seymour
20. Deanell Reece Tacha
21. Timothy M. Tymkovich

**Source:**  465 F.3d, Page XIII, and Internet Website of the
U.S. Court of Appeals for the Tenth Circuit